UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY JAMES STANTON,                          |         Case No. 1:10-cv-74
                                              |
        Plaintiff,                            |
                                              |
                v.                            |   HONORABLE PAUL L. MALONEY
                                              |
NANCY HUTCHINS *et al.,*                       |  Magistrate Judge Joseph G. Scoville
                                              |
        Defendants.                           |
                                              |

## ORDER

Plaintiff's motion to strike documents 12 and 13 (the dispositive motion of the State Defendants and the brief in support thereof) **[document #23] is DENIED**.

Plaintiff's motion for preliminary injunctive relief, and for reconsideration of document 35 (denial of reconsideration of denial of preliminary injunctive relief) **[doc #38] is DENIED as moot**.

This is <u>not</u> a final and immediately appealable order, because nondispositive motions remain pending before the United States Magistrate Judge pursuant to a 28 U.S.C. § 636(b)(1)(A) referral.

The case **REMAINS OPEN** pending the Magistrate Judge's ruling on said motions.[1]

**IT IS SO ORDERED** on this ___28th___ day of April 2010.


                                        /s/ Paul L. Maloney
                                        Honorable Paul L. Maloney
                                        Chief United States District Judge

_____

[1]Documents 22, 24, 25 and 32 remain pending before the Magistrate Judge.