UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| JERRY JAMES STANTON, | Case No. 1:10-cv-74 |
| Plaintiff, | |
| v. | HONORABLE PAUL L. MALONEY |
| | Magistrate Judge Joseph G. Scoville |
| NANCY HUTCHINS, | |
| Branch County Register of Deeds, | |
| BAMBI SOMERLOTT, | |
| Hillsdale County Register of Deeds, | |
| SANDRA S. THATCHER, | |
| Branch County Treasurer, | |
| | |
| LAURIE ADAMS, Coldwater Township Assessor, | |
| JEFFREY BUDD, Coldwater Township Treasurer, | |
| | |
| ROBERT J. KLEINE, State of Michigan Treasurer, | |
| | |
| MIKE COX, Michigan Attorney General, | |
| KEVIN T. SMITH, Michigan Assistant Attorney General, | |
| | |
| MICHAEL A. STIMPSON, Michigan Tax Tribunal Judge, | |
| | |
| PATRICK W. O'GRADY, Circuit Court Judge, | |
| Branch County, Michigan, | |
| | |
| MARK STODDARD, Michigan Appeals Court Counsel, | |
| BRIAN DEITRICH, Clerk, Michigan Appeals Court, | |
| | |
| DONALD S. OWENS, WILLIAM C. WHITBECK, | |
| STEPHEN L. BORRELLO, DAVID H. SAWYER, | |
| JOEL P. HOEKSTRA, DOUGLAS B. SHAPIRO, | |
| Michigan Court of Appeals Judges, | |
| | |
| CLIFFORD B. TAYLOR, MICHAEL F. CAVANAUGH, | |
| ELIZABETH A. WEAVER, MARILYN KELLY, | |
| MAURA D. CORRIGAN, ROBERT P. YOUNG JR., | |
| and STEPHEN J. MARKMAN, | |

Justices of the Michigan Supreme Court, |
|
    Defendants. |
|

## JUDGMENT

Final judgment is hereby entered in favor of the defendants and against the plaintiff.

**IT IS SO ORDERED** on this 18th day of June 2010.

                                          /s/ Paul L. Maloney
                                          Honorable Paul L. Maloney
                                          Chief United States District Judge